**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA LUCIA GUADALUPE PIMENTEL,
Petitioner,
v.
JEREMY CASEY; W. CUEVAS,
Respondents.

Case No.: 26cv4717 DMS (AHG)

**ORDER (1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND (2) GRANTING MOTION FOR APPOINTMENT OF COUNSEL**

On August 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus, along with a motion to proceed in forma pauperis and a motion for appointment of counsel.

In the motion to proceed in forma pauperis, Petitioner attests she has no means to pay the $5.00 filing fee. Accordingly, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk shall file the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.

Pursuant to Chief Judge Order No. 134-A, Petitioner's request for appointment of counsel is granted. Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel, effective immediately. The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org. On or before **August 27, 2026**, FDSDI shall file a status report or an amended petition.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED.**

Dated: August 20, 2026

Hon. Dana M. Sabraw
United States District Judge